IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAPHNE LOU PARSHLEY,

Plaintiff,

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

Defendant.

Case No. 3:15-cv-00692-CL

ORDER

CLARKE, Magistrate Judge

Plaintiff filed a stipulated motion, seeking an award of $5,054.00 in attorney's fees and $400 in costs. For the reasons set forth in the motion, supporting declaration, and good cause shown, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff is granted attorney's fees in the amount of **$5,054.00** in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and **$400** in costs under 20 U.S.C. 1920 and 31 U.S.C. § 1304. Any award of EAJA fees shall be subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010); and

2. If Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff.

It is so ORDERED and DATED this 26 day of October, 2016.

MARK D. CLARKE
United States Magistrate Judge